### 66356. MORGAN v. GENERAL MOTORS ACCEPTANCE CORPORATION.

BIRDSONG, Judge.

Upon consideration of the record and all the evidence in the case, this discretionary appeal is dismissed as improvidently granted.

*Appeal dismissed. Shulman, C. J., and McMurray, P. J., concur.*

DECIDED JULY 11, 1983.

*Joseph N. Anderson, Sara Nell Langland,* for appellant.
*R. Marcus Lodge, William A. Clineburg, Jr.,* for appellee.